UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHA GLASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0583-JDT-TAB |
| ) | |
| CLARIAN HEALTH PARTNERS, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court, having decided that the Defendant's Motion to Dismiss should be granted, now therefore **ORDERS, ADJUDGES AND DECREES** the Complaint is **DISMISSED WITH PREJUDICE** and that judgment is entered in favor of the Defendant and against the Plaintiff.  Costs shall be allowed the Defendant.

ALL OF WHICH IS ORDERED this 6th day of October 2005.

Laura Briggs, Clerk
United States District Court

_Evelyn G. Hollins_

Deputy Clerk, U.S. District Court

_____

John Daniel Tinder, Judge
United States District Court

Copies to:

Ellen E. Boshkoff
Baker & Daniels
eeboshko@bakerd.com

Sarah Jane Graziano
Klezmer & Associates
sgraziano@randyklezmer.com

Susan W. Kline
Baker & Daniels
swkline@bakerd.com